# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

# MEMO ENDORSED

Direct Line: 212 660 3024
msullivan@sandw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/6/2015

March 6, 2015

The application is ✓ granted.
___ denied.

_____
Edgardo Ramos, U.S.D.J.
Dated: 3\6\15
New York, New York 10007

**BY FACSIMILE** - (212) 805-7943

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Chill, et ano. v. Calamos Advisors LLC and
      Calamos Financial Services LLC,
      1:15-cv-01014-ER

Dear Judge Ramos:

We represent the defendants in the referenced action. With the consent of plaintiffs, we write to request an additional 60 days in which to respond to the complaint. According to the docket, the response of Calamos Advisors LLC is due on March 11, 2015 and the response of Calamos Financial Services LLC is due on March 12, 2015. The defendants have not previously requested an extension. Defendants request this extension to allow sufficient time to consider and respond to the allegations of the 90-page complaint.

At the request of plaintiffs, the defendants have agreed to a reciprocal 60-day extension of time to oppose a motion to dismiss, should the defendants make such a motion.

Thank you for your attention.

Respectfully submitted,

Michael T. Sullivan

MTS/na
cc:   Ira M. Press, Esq. (by e-mail)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC