USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/25/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
SAUL CHILL and SYLVIA CHILL, for the use
and benefit of the CALAMOS GROWTH
FUND,

        Plaintiffs,

-against-

CALAMOS ADVISORS LLC and CALAMOS
FINANCIAL SERVICES LLC,

        Defendants.
------------------------------------- X

Civil No.  15 CV 1014 (ER)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR THE DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel pursuant to Local Civil Rule 1.4, that the law firm of Dechert LLP hereby is substituted in place and in the stead of the law firm of Sullivan & Worcester LLP as counsel of record for defendants Calamos Advisors LLC and Calamos Financial Services LLC in the above-captioned action.

**PLEASE TAKE NOTICE** that all pleadings, notice of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
March 23, 2015

| SULLIVAN & WORCESTER LLP | DECHERT LLP |
|---|---|
| By: /s/ Michael T. Sullivan<br>Michael T. Sullivan<br>Outgoing Counsel for Defendants<br>1633 Broadway<br>New York, New York 10019<br>Tel.: (212) 660-3000<br>Fax: (212) 660-3001<br>Email: msullivan@sandw.com | By: /s/ David A. Kotler<br>Matthew Larrabee<br>David A. Kotler<br>Jocelyn V. Hanamirian (Admission pending)<br>Incoming Counsel for Defendants<br>1095 Avenue of the Americas<br>New York, NY 10036<br>Tel.: (212) 698-3500<br>Fax: (212) 698-3599<br>Email: matthew.larrabee@dechert.com<br>david.kotler@dechert.com<br>jocelyn.hanamirian@dechert.com |

SO ORDERED:

_____
The Honorable Edgardo Ramos
United States District Judge

3/25, 2015