IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL CHILL and SYLVIA CHILL, for the use and benefit of the CALAMOS GROWTH FUND,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALAMOS ADVISORS LLC and CALAMOS FINANCIAL SERVICES LLC,<br><br>　　　　Defendants. | No. 15-cv-01014 (ER)<br><br>ECF CASE |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law (dated June 12, 2015), the annexed Declaration of David A. Kotler (dated June 12, 2015) and all exhibits thereto, Defendants Calamos Advisors LLC and Calamos Financial Services LLC will move this Court before the Honorable Edgardo Ramos, at the United States Courthouse, 40 Foley Square, New York, New York 10007, at a time and date to be determined by the Court, for the entry of an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing with prejudice all claims asserted against Defendants in the Complaint, and for such other and further relief as this Court may deem just and proper.

Defendants respectfully request that oral argument be heard on this Motion.

Dated:  June 12, 2015
　　　　 New York, New York

Respectfully submitted,

DECHERT LLP

*/s/* Matthew L. Larrabee
Matthew L. Larrabee
David A. Kotler
Catherine V. Wigglesworth
Jocelyn V. Hanamirian
Melanie MacKay
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:  (212) 698-3500

*Counsel for Defendants Calamos Advisors LLC and Calamos Financial Services LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 12, 2015, a true and correct copy of the foregoing Notice of Motion to Dismiss, along with the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, Declaration of David A. Kotler in Support of Defendants' Motion to Dismiss, and Proposed Order, was served electronically via the Court's Electronic Case Filing system on the following:

Ira Press  
Kirby McInerney LLP  
825 Third Ave., 16th Fl.  
New York, NY 10022  
ipress@kmllp.com

                                                        /s/ David A. Kotler  
                                                       David A. Kotler