USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED: __10/17/2016__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL CHILL and SYLVIA CHILL, for the use and benefit of the CALAMOS GROWTH FUND, <br><br> Plaintiffs, <br> v. <br><br> CALAMOS ADVISORS LLC and CALAMOS FINANCIAL SERVICES LLC, <br><br> Defendants. | Case No. 15-cv-01014 (ER) <br><br> ECF CASE <br><br> [PROPOSED] REVISED SCHEDULING ORDER |

**EDGARDO RAMOS**, District Judge:

Plaintiffs having moved for an enlargement of the pretrial schedule, defendants having consented to this request, and good cause having been shown, it is hereby ordered that the following revised deadlines will apply:

A. All non-expert witness depositions shall be completed on or before February 28, 2017.

B. Plaintiffs' initial expert reports shall be served on or before April 6, 2017.

C. Defendants' expert reports shall be served on or before May 13, 2017.

D. Plaintiffs' rebuttal expert reports shall be served on or before June 10, 2017.

E. The deadline to serve any written discovery, including Requests to Admit and interrogatories as described by Local Civil Rule 33.3(b) and (c), shall be June 17, 2017.

F. All expert witness depositions shall be completed on or before July 7, 2017.

G. Summary judgment motions, if any, shall be filed on or before July 28, 2017.

    H.    Oppositions to summary judgment motions, if any, shall be filed on or before August 26, 2017.

    I.    Replies in support of summary judgment motions, if any, shall be filed on or before September 16, 2017.

Dated:  October 17, 2016

**SO ORDERED**

_____
United States District Judge Edgardo Ramos