USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1-11-2017__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SAUL CHILL and SYLVIA CHILL, for the use and benefit of the CALAMOS GROWTH FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>CALAMOS ADVISORS LLC and CALAMOS FINANCIAL SERVICES LLC,<br><br>    Defendants. | No. 15-cv-01014 (ER)<br><br>ECF CASE |

## [PROPOSED] REVISED SCHEDULING ORDER

And now, this __11__ day of January, 2017, upon consideration of the Parties' joint request for an enlargement of the pre-trial schedule and good cause having been shown, it is hereby ORDERED that the Parties' joint request is GRANTED. The following revised deadlines shall apply:

- A. All non-expert witness depositions shall be completed on or before March 21, 2017.

- B. Plaintiffs' initial expert reports shall be served on or before April 27, 2017.

- C. Defendants' expert reports shall be served on or before June 5, 2017.

- D. Plaintiffs' rebuttal expert reports shall be served on or before July 3, 2017.

- E. The deadline to serve any written discovery, including requests for admission and interrogatories as described by Local Civil Rule 33.3(b) and (c) shall be July 10, 2017.

- F. All expert witness depositions shall be completed by July 28, 2017.

- G. Summary judgment motions, if any, shall be filed on or before August 18, 2017.

  H.  Oppositions to summary judgment motions, if any, shall be filed on or before September 28, 2017.

  I.  Replies in support of summary judgment motions, if any, shall be filed on or before October 10, 2017.

                _____
                Edgardo Ramos, U.S.D.J.

Dated: 1/11/2017

Case 1:15-cv-00144-ER Document 391 Filed 01/11/17 Page 2 of 2