# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

March 1, 2017

**VIA ECF**

Honorable Barbara Moses
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 920
New York, New York 10007-1312

    Re:    *Chill v. Calamos Advisors et al.*,
                  No. 15 Civ. 01014 (ER)

Dear Judge Moses:

      We represent Plaintiffs. After reviewing *United States ex rel. Ortiz v. Mount Sinai Hosp.*, 169 F. Supp. 3d 538 (S.D.N.Y. 2016), cited by the Court in its February 28, 2017 Order, ECF No. 49, Plaintiffs hereby withdraw their request for a conference pursuant to Local Civil Rule 37.2 regarding the purportedly privileged communications of the Independent Trustees. *See* ECF No. 45. Plaintiffs intend to apply for relief in the United States District Court for the Northern District of Illinois. Accordingly, Plaintiffs request that the telephonic conference scheduled for Friday, March 3, 2017, at 10:00 a.m. be removed from the calendar.

                                          Respectfully submitted,

                                          /s/ Mark A. Strauss
                                          Mark A. Strauss
                                          KIRBY MCINERNEY LLP
                                          825 Third Avenue, Floor 16
                                          New York, NY 10022
                                          mstrauss@kmllp.com

cc:    All Counsel of Record (by Electronic Filing)
        Robert A. Skinner (via email)
        Amy D. Roy (via email)