Ramos, E.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: ___4/10/2017___

---

SAUL CHILL and SYLVIA CHILL, for the use and benefit of the CALAMOS GROWTH FUND,

               Plaintiffs,

v.

CALAMOS ADVISORS LLC and CALAMOS FINANCIAL SERVICES LLC,

               Defendants.

---

Case No. 15-cv-01014 (ER)

**STIPULATION OF VOLUNTARY PARTIAL DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(Â)(ii)**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs and Defendants in the above-captioned action, that Count II of Plaintiffs' Complaint [ECF No. 01], alleging "excessive Rule 12b-1 distribution fees and extraction of additional compensation for investment advisory services" against Defendants, is hereby dismissed with prejudice and without costs or fees as to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Consequently, defendant Calamos Financial Services, LLC is hereby dismissed from the above-captioned action. This stipulation is not the result of a settlement or compromise or the payment of any consideration to Plaintiffs or Plaintiffs' Counsel.

Dated: New York, New York
       April 7, 2017

KIRBY MCINERNEY LLP

By: *Mark Strauss*
Ira M. Press
Mark A. Strauss
825 Third Avenue, 16th Floor
New York, New York 10022

DECHERT LLP

By: *Matthew Larrabee*
Matthew L. Larrabee
David A. Kotler
Catherine V. Wigglesworth
Amanda Tuminelli

Telephone:   (212) 371-6600
Facsimile:   (212) 751-2540

*Counsel for Plaintiffs Saul and Sylvia Chill*

Jaclyn Simon Whitaker
1095 Avenue of the Americas
New York, New York  10036-6797
Telephone:   (212) 698-3500
Facsimile:   (212) 698-3599

*Counsel for Defendants Calamos Advisors
LLC and Calamos Financial Services LLC*

SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated:   4/10/2017
New York, New York

2