UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUL CHILL and SYLVIA CHILL, for the use and benefit of the CALAMOS GROWTH FUND,<br><br>      Plaintiffs,<br><br>-against-<br><br>CALAMOS ADVISORS LLC,<br><br>      Defendant. | **RESCHEDULING NOTICE**<br><br>15 Civ. 1014 (ER) |

Ramos, D.J.:

   The pre-motion conference currently scheduled for February 8, 2018 at 11:00 AM **is hereby rescheduled to February 8, 2018 at 11:30 AM** in Courtroom 619 before the Hon. Edgardo Ramos, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.

Dated: January 26, 2018
     New York, New York

                        ____s/ Esther Kim_____
                         Esther Kim, Law Clerk