# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600
Fax. 212.751.2540
WWW.KMLLP.COM
Of counsel
  Roger W. Kirby
  Alice McInerney

October 12, 2018

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Chill v. Calamos Advisors LLC*, No. 15 Civ. 1014 (ER) (S.D.N.Y.)

Dear Judge Ramos:

    We represent the Plaintiffs in the above-referenced matter, which asserts claims under Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. § 80a-35(b). In accordance with the Court's instruction at the October 9, 2018 pretrial conference in this matter, we write respectfully to inform the Court that Plaintiffs agree with Defendant's proposal to submit proposed findings of fact and conclusions of law ("proposed findings") after the trial in this matter, and to hold closing arguments after those submissions.

    Additionally, the parties jointly request that their proposed findings be filed on or before January 11, 2019. We thank the Court for its consideration of this matter.

                                      Respectfully submitted,

                                      /s/ Andrew M. McNeela
                                      Andrew M. McNeela

cc:    Counsel for Defendant (via ECF)