# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SAUL CHILL and SYLVIA CHILL, for the use and benefit of the CALAMOS GROWTH FUND, <br><br> Plaintiffs, <br><br> v. <br><br> CALAMOS ADVISORS LLC, <br><br> Defendant. | No. 15-cv-01014 (ER) <br><br> ECF CASE |

## [PROPOSED] ORDER

And now, on this __ day of November, 2018, upon considering Defendant's letter dated November 14, 2018, requesting permission on behalf of the parties to file certain information in the parties' Stipulation of Fact under seal, and Plaintiffs having no objection to Defendant's request,

IT IS HEREBY ORDERED that the parties may file via ECF a redacted version of the Stipulation of Fact and file an unredacted version under seal.

_____
Edgardo Ramos, U.S.D.J.